IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Conley, Elyce N

Printed: 01/22/09

Case Number: 08 B 20155
Judge: Goldgar, A. Benjamin
Filed: 8/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 0.00 |
| 2. | ACC Consumer Finance | Secured | 18,808.95 | 0.00 |
| 3. | Americredit Financial Ser Inc | Unsecured | 638.46 | 0.00 |
| 4. | A Alliance Collection | Unsecured | 351.00 | 0.00 |
| 5. | National Capital Management | Unsecured | 10.00 | 0.00 |
| 6. | National Capital Management | Unsecured | 8.03 | 0.00 |
| 7. | National Capital Management | Unsecured | 5.76 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 33.80 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 79.18 | 0.00 |
| 10. | Sallie Mae | Unsecured | 342.10 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 41.86 | 0.00 |
| 12. | Sprint Nextel | Unsecured | 184.33 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 172.78 | 0.00 |
| 14. | Sallie Mae | Unsecured | 214.32 | 0.00 |
| 15. | City Of Woodridge | Unsecured | 4.00 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 10.81 | 0.00 |
| 17. | IQ Data International Inc | Unsecured | 275.70 | 0.00 |
| 18. | IQ Data International Inc | Unsecured | 11.32 | 0.00 |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | 71.56 | 0.00 |
| 20. | Crescent Recovery | Unsecured | 71.52 | 0.00 |
| 21. | Chase Bank | Unsecured |  | No Claim Filed |
| 22. | Aaron Rents | Unsecured |  | No Claim Filed |
| 23. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 24. | Aaron Rents | Unsecured |  | No Claim Filed |
| 25. | Aaron Rents | Unsecured |  | No Claim Filed |
| 26. | Credit Management Co. | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Conley, Elyce N

Printed: 01/22/09

Case Number: 08 B 20155
Judge: Goldgar, A. Benjamin
Filed: 8/1/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Village of Lombard | Unsecured | | No Claim Filed |
| 28. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 29. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 32. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 33. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 34. | University of Illinois | Unsecured | | No Claim Filed |
| 35. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| | | | $ 24,809.48 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

